# **EXHIBIT B**



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**

# REQUEST FOR PROPOSALS # 32901-31202
# AMENDMENT # 18
# FOR INMATE BEHAVIORAL HEALTH SERVICES

**DATE: July 8, 2020**

**RFP # 32901-31202 IS AMENDED AS FOLLOWS:**

1. **This RFP Schedule of Events updates and confirms scheduled RFP dates.** Any event, time, or date containing revised or new text is highlighted.

| EVENT | TIME (central time zone) | DATE |
|---|---|---|
| 1. RFP Issued | | August 8, 2019 |
| 2. Disability Accommodation Request Deadline | 2:00 p.m. | August 13, 2019 |
| 3. Pre-response Conference | 11:00 a.m. | August 14, 2019 |
| 4. Notice of Intent to Respond Deadline | 2:00 p.m. | August 15, 2019 |
| 5. Written "Questions & Comments" Deadline | 2:00 p.m. | August 20, 2019 |
| 6. State Response to Written "Questions & Comments" | | Feb. 25, 2020 |
| 7. Deadline for Second Round of Written Vendor Questions and Comments | | March 3, 2020 |
| 8. State Response to Second Round of Written Vendor Questions and Comments | | March 17, 2020 |
| 9. Response Deadline | 4:30 p.m. | June 1, 2020 |
| 10. State Completion of Technical Response Evaluations | | June 18, 2020 |
| 11. State Opening & Scoring of Cost Proposals | 2:00 p.m. | June 19, 2020 |
| 12. Negotiations (Optional) | | June 22 - July 15, 2020 |



**Huseby**.com
GLOBAL LITIGATION SUPPORT
35 YEARS OF
TRADITION & EXCELLENCE

**Exhibit**
_6_

*RFP # 32901-31202 – Amendment # 18*                    *Page 1 of 2*

Case 3:20-cv-00892   Document 47-2   Filed 12/08/20   Page 2 of 3 PageID #: 708
Case 3:20-cv-00892   Document 74-2   Filed 04/26/21   Page 2 of 4 PageID #: 1898

| EVENT | TIME (central time zone) | DATE |
|---|---|---|
| 13. State Notice of Intent to Award Released and RFP Files Opened for Public Inspection | 2:00 p.m. | July 16, 2020 |
| 14. End of Open File Period | | July 23, 2020 |
| 15. State sends contract to Contractor for signature | | July 24, 2020 |
| 16. Contractor Signature Deadline | 2:00 p.m. | July 31, 2020 |
| 17. Performance Bond Deadline | 4:30 p.m. | August 4, 2020 |

*RFP # 32901-31202 – Amendment # 18*                                   *Page 2 of 2*

Case 3:20-cv-00892   Document 47-2   Filed 12/08/20   Page 3 of 3 PageID #: 709
Case 3:20-cv-00892   Document 74-2   Filed 04/26/21   Page 3 of 4 PageID #: 1899



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**

# REQUEST FOR PROPOSALS
## FOR
## INMATE BEHAVIORAL HEALTH SERVICES

### RFP # 32901-31202



**Exhibit**

7