# EXHIBIT C

| | |
|---|---|
| From: | Wes Landers <landew00.wl@gmail.com> |
| Sent: | Thursday, March 21, 2019 11:44 AM |
| To: | Jeff Wells |
| Subject: | Fwd: Behavioral Health RFP - max liab question |

Sent from my iPhone

Begin forwarded message:

> I have no issue with the revision detailed below.
>
> **From:** Wes Landers
> **Sent:** Wednesday, February 27, 2019 4:18 PM
> **To:** Priscilla Wainwright
> **Subject:** Fwd: Behavioral Health RFP - max liab question
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Kelly X. Johns" <Kelly.X.Johns@tn.gov>
>> **Date:** February 27, 2019 at 4:03:10 PM CST
>> **To:** Wes Landers <Wes.Landers@tn.gov>
>> **Subject: RE: Behavioral Health RFP - max liab question**
>>
>> Wes,
>>
>> Thank you for getting back so quickly. I really would prefer not to mimic Inmate Health actually but we do need to be able to understand the max liab calculation within the cost proposal.
>>
>> The current cost proposal does not mimic her thoughts on the max liab though, "My thoughts on the maximum liability would be to total the per offender per day rates for all five years, multiply by the evaluation factor of 366, then multiply again by our average population for the 10 state managed facilities.' The yellow calculation is not contemplated and I would like to adjust the cost proposal accordingly. Would you be okay with our revising it?
>>
>> Thanks!

**Kelly Johns** | Sourcing Account Management Team Lead
Central Procurement Office
Tennessee Tower, 3rd Floor
312 Rosa L. Parks Ave, Nashville, TN 37243
p. 615-741-8852
Kelly.X.Johns@tn.gov
tn.gov/generalservices/
Statewide Contract Usage Instructions
Recognize this Employee

**From:** Wes Landers
**Sent:** Wednesday, February 27, 2019 3:53 PM
**To:** Kelly X. Johns
**Subject:** Fwd: Behavioral Health RFP - max liab question

Sorry Kelly...Priscilla is correct - see below

Sent from my iPhone

Begin forwarded message:

> **From:** Priscilla Wainwright <Priscilla.Wainwright@tn.gov>
> **Date:** February 27, 2019 at 2:34:27 PM CST
> **To:** Wes Landers <Wes.Landers@tn.gov>
> **Subject: RE: Behavioral Health RFP - max liab question**
>
> The last email exchange I had with Katherine was that the payment methodology could all be included in one row (one blended per diem rate for each of the five years).
>
> I suspect that Kelly is trying to make Behavioral Health mirror Centurion's tiered cost structure, not understanding that we do not need a separate set of costs to make Deberry comprehensive or include separate costs for behavioral health care at the CoreCivic facilities.
>
> My thoughts on the maximum liability would be to total the per offender per day rates for all five years, multiply by the evaluation factor of 366, then multiply again by our average population for the 10 state managed facilities.
>
> **From:** Wes Landers
> **Sent:** Wednesday, February 27, 2019 1:47 PM
> **To:** Priscilla Wainwright
> **Subject:** FW: Behavioral Health RFP - max liab question



Wes Landers | Deputy Commissioner, Chief Financial Officer
**6th Floor Rachel Jackson Building**
**320 6th Avenue North, Nashville, TN 37243**
**p. 615.253.8250**
**c. 615.337.1225**
Wes.Landers@tn.gov
tn.gov/correction

www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1

# EXHIBIT 3