# **EXHIBIT E**

| From: | jwells@TeamCenturion.com |
|---|---|
| Sent: | Saturday, July 13, 2019 11:30 AM |
| To: | SPhillips@TeamCenturion.com |
| Subject: | FW: Behavioral Health RFP - max liab question |
| Attachments: | image001.png; attachment.html; Inmate Behavioral Health RFP Draft KW 2-26-19.docx; attachment.html |

fyi

Jeffrey S. Wells, MBA
Regional Vice President



1593 Spring Hill Road
Vienna, VA 22182
Direct: 614-209-6209

jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Wes Landers [mailto:landew00.wl@gmail.com]
**Sent:** Thursday, March 21, 2019 12:42 PM
**To:** Wells, Jeff
**Subject:** Fwd: Behavioral Health RFP - max liab question

Draft attached...

Sent from my iPhone

Begin forwarded message:

> **From:** "Kelly X. Johns" <Kelly.X.Johns@tn.gov>
> **Date:** February 27, 2019 at 1:43:38 PM CST
> **To:** Wes Landers <Wes.Landers@tn.gov>
> **Cc:** Katherine Weaver <Katherine.Weaver@tn.gov>
> **Subject: Behavioral Health RFP - max liab question**
>
> HI Wes,
>
> Thank you for speaking with me today regarding the max liab for the Behavioral Health RFP. I have attached the draft that Kevin and I are reviewing now. The cost proposal lines do not seem to take into account the population to calculate a max liab.
>
> Thank you for reviewing and let us know how the max liab will be calculated and if there are any other cost items associated in the calculation (e.g. similar to the inmate healthcare RFP).
>
> Thank you for your time,