# **EXHIBIT F**

| From: | Wes Landers <landew00.wl@gmail.com> |
|---|---|
| Sent: | Wednesday, May 22, 2019 11:06 AM |
| To: | Sean Hosman; Marjorie Rist; Jeff Wells |
| Subject: | Fwd: Maggie and Kevin's Markups on Inmate Behavioral Health for TDOC Review |
| Attachments: | image002.png; Untitled attachment 00050.html; image001.png; Untitled attachment 00053.html; image001.png; Untitled attachment 00056.html; image001.png; Untitled attachment 00059.html; image002.png; Untitled attachment 00062.html; image001.png; Untitled attachment 00065.html; Untitled attachment 00068.docx; Untitled attachment 00071.html; ehealth.1073_001.pdf; Untitled attachment 00074.html; 1370_001.pdf; Untitled attachment 00077.html; 0036_001.pdf; Untitled attachment 00080.html |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

As promised

Sent from my iPhone

Begin forwarded message:

> **From:** Priscilla Wainwright <Priscilla.Wainwright@tn.gov>
> **Date:** May 22, 2019 at 10:16:22 AM CDT
> **To:** Wes Landers <Wes.Landers@tn.gov>
> **Subject: FW: Maggie and Kevin's Markups on Inmate Behavioral Health for TDOC Review**
>
> As requested – the version of the Behavioral Health RFP that was returned to CPO last Friday as well as Maggie's most recent communications.



**STATE OF TENNESSEE
DEPARTMENT OF CORRECTION**

# REQUEST FOR PROPOSALS
# FOR
# INMATE BEHAVIORAL HEALTH SERVICES

## RFP # 32901-31202
## DRAFT 2

### RFP CONTENTS

**SECTIONS:**
1. INTRODUCTION
2. RFP SCHEDULE OF EVENTS
3. RESPONSE REQUIREMENTS
4. GENERAL CONTRACTING INFORMATION & REQUIREMENTS
5. EVALUATION & CONTRACT AWARD

**ATTACHMENTS:**
6.1. Response Statement of Certifications & Assurances
6.2. Technical Response & Evaluation Guide
6.3. Cost Proposal & Scoring Guide
6.4. Reference Questionnaire
6.5. Score Summary Matrix
6.6. *Pro Forma* Contract

Attachment One -- Attestation – Prohibition of Illegal Immigrants
Attachment Two – Performance Bond
Attachment Three – Performance Measures

**Maggie Wilson** | Sourcing Account Specialist

Tennessee Tower, 3rd Floor

312 Rosa L. Parks Ave., Nashville, TN 37243

p. 615-741-1170

maggie.wilson@tn.gov

tn.gov/generalservices/procurement

Customer Service Survey | Recognize this Employee

**From:** Priscilla Wainwright
**Sent:** Friday, May 17, 2019 8:20 AM
**To:** Maggie Wilson
**Cc:** Nicholas Edwards; Kevin C. Bartels
**Subject:** RE: Maggie and Kevin's Markups on Inmate Behaviorial Health for TDOC Review

Good Morning.

As promised, TDOC's responses to review notes on the Inmate Behavioral Health RFP.

The related Rule Exception Request as well as approved HR and eHealth endorsements are also attached.

Case 3:20-cv-00892   Document 74-6   Filed 04/26/21   Page 4 of 13 PageID #: 1916

file:///C:/Users/tparham/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/CDND8DQ0/Untitled attachment 00059.html    1/1

Maggie Wilson | Sourcing Account Specialist

Tennessee Tower, 3rd Floor

312 Rosa L. Parks Ave., Nashville, TN 37243

p. 615-741-1170

maggie.wilson@tn.gov

tn.gov/generalservices/procurement

Customer Service Survey | Recognize this Employee

**From:** Maggie Wilson
**Sent:** Friday, May 17, 2019 4:53 PM
**To:** Priscilla Wainwright
**Cc:** Nicholas Edwards; Kevin C. Bartels
**Subject:** RE: Maggie and Kevin's Markups on Inmate Behaviorial Health for TDOC Review

Thank you Priscilla. I'll review and touch base with Kevin early next week to see if we have any questions or comments that may need to be addressed before moving forward with next steps.

Have a good weekend!

**Maggie Wilson** | Sourcing Account Specialist

Tennessee Tower, 3rd Floor

312 Rosa L. Parks Ave., Nashville, TN 37243

p. 615-741-1170

maggie.wilson@tn.gov

tn.gov/generalservices/procurement

Customer Service Survey | Recognize this Employee

**From:** Maggie Wilson
**Sent:** Monday, May 20, 2019 10:07 AM
**To:** Kevin C. Bartels
**Cc:** Nicholas Edwards; Priscilla Wainwright
**Subject:** RE: Maggie and Kevin's Markups on Inmate Behaviorial Health for TDOC Review

Good Morning,

I've reviewed the revised solicitation and do not have any further questions or comments. Kevin please take a look and let me know if you're satisfied with the changes and ready to move forward.

Thank you,

Case 3:20-cv-00892   Document 74-6   Filed 04/26/21   Page 6 of 13 PageID #: 1918

file:///C:/Users/tparham/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/CDND8DQ0/Untitled attachment 00053.html     1/1

Priscilla E. Wainwright, MBA

Director of Contracts Administration

Tennessee Department of Correction

Rachel Jackson Building

320 6th Avenue North

Nashville TN 37243

615.253.5571

priscilla.wainwright@tn.gov

tn.gov/correction

www.facebook.com/TNDepartmentofCorrection

https://twitter.com/TNTDOC1

https://www.youtube.com/TNTDOC1

**From:** Maggie Wilson
**Sent:** Wednesday, May 22, 2019 9:27 AM
**To:** Kevin C. Bartels
**Cc:** Nicholas Edwards; Priscilla Wainwright
**Subject:** RE: Maggie and Kevin's Markups on Inmate Behavioral Health for TDOC Review

Good Morning,

I wanted to touch base to see if you had a chance to review Priscilla's revisions to the RFP for Inmate Behavioral Health that was submitted on Friday 5/17. Any information that you can provide would be much appreciated.

Thank you!

Case 3:20-cv-00892   Document 74-6   Filed 04/26/21   Page 7 of 13 PageID #: 1919

file:///C:/Users/tparham/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/CDND8DQ0/Untitled attachment 00050.html    1/1

Priscilla E. Wainwright, MBA

Director of Contracts Administration

Tennessee Department of Correction

Rachel Jackson Building

320 6th Avenue North

Nashville TN 37243

615.253.5571

priscilla.wainwright@tn.gov

tn.gov/correction

www.facebook.com/TNDepartmentofCorrection

https://twitter.com/TNTDOC1

https://www.youtube.com/TNTDOC1

**From:** Maggie Wilson
**Sent:** Monday, April 15, 2019 1:22 PM
**To:** Priscilla Wainwright
**Cc:** Nicholas Edwards; Kevin C. Bartels
**Subject:** Maggie and Kevin's Markups on Inmate Behaviorial Health for TDOC Review

Good Afternoon,

Please see the attached RFP draft with my comments and Kevin's comments for your review. Please feel free to reach out if you have any questions or concerns.

Thank you!

Case 3:20-cv-00892    Document 74-6    Filed 04/26/21    Page 8 of 13 PageID #: 1920

file:///C:/Users/tparham/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/CDND8DQ0/Untitled attachment 00062.html      1/1

# Rule Exception Request

Use this document to request changes to Central Procurement Office templates, policies, or other procurement documents or to modify the "necessary contract clauses" identified in Tenn. Comp. R. & Reg. 0690-03-01-.17 ("CPO Rule 17"). Complete this document in conformity with CPO Rule 17, which is available here. Send the completed document in PDF format to: Agsprs.Agsprs@tn.gov All Rule Exception Requests are subject to review and approval by the Chief Procurement Officer. Rule Exception Requests that propose to modify any of CPO Rule 17's necessary contract clauses shall be subject to review and approval by the Comptroller of the Treasury. Note: If the requested changes involve contracts under a delegation, please use the RER for the DA or DGA templates. Also, any change to the template language regarding the Limitation of Contractor's Liability shall be submitted using the Limitation of Contractor's Liability Request.

| APPROVED | APPROVED |
|---|---|
| CHIEF PROCUREMENT OFFICER | COMPTROLLER OF THE TREASURY |

| | | |
|---|---|---|
| | Agency request tracking # | 32901-31202 |
| 1. | Procuring Agency | Correction |
| 2. | Edison contract ID # | TBD |
| 3. | Please select Procurement or Contract Type. | ☐ Grant Contract – for contracts involving Grants<br>☐ Technology - for contracts involving technology<br>☐ Risk Management - for changes to insurance or indemnification<br>☒ Standard – Agency Term Contract or Statewide Contract (use for non-technology contracts for goods or services) |
| 4. | Contractor or Grantee | TBD by RFP |
| 5. | Contract's Effective Date | TBD by RFP |
| 6. | Contract or grant contract's Term (with ALL options to extend exercised) | 60 months |
| 7. | Contract's Maximum Liability (with ALL options to extend exercised) | $ TBD by RFP |

8. **Citation and explanation of the rule(s) for which the exception is requested** CPO Rule 17

9. **Description of requested changes** If adding new provisions or modifying existing provisions, insert the new or modified provisions in their entirety. Please provide red-lines or track changes to highlight any deviations from template language. TDOC is requesting permission to increase the number of points typically allocated to cost from 30 points (in RFP section 5.1) to 35 points.

| EVALUATION CATEGORY | MAXIMUM POINTS POSSIBLE |
|---|---|
| General Qualifications & Experience (refer to RFP Attachment 6.2., Section B) | 30 |

| | |
|---|---|
| **Technical Qualifications, Experience & Approach** (refer to RFP Attachment 6.2., Section C) | 35 |
| Cost Proposal (refer to RFP Attachment 6.3.) | 35 |

TDOC requests permission to make the following change to ProForma Contract Provision A.1.:

A.1. The Contractor shall provide all service and deliverables as required, described, and detailed herein and shall meet all service and delivery timelines as specified by this contract.

The Contractor understands and accepts the TDOC Director of Behavioral Health Services or designee as the final authority for behavioral health services provided under terms of this contract.

The Scope of Services in this contract is mandatory and must be provided at State facilities, unless otherwise specified. The State shall be the final authority in matters of disagreement between the Contractor and the TDOC over provisions of these services.

TDOC is also requesting permission to delete standard template provisions for warranty and inspection and acceptance from ProForma Contract Section A as per review comments from CPO Legal's Kevin Bartels.

TDOC also requests permission to add the following as section C.10 as directed by CPO Legal's Kevin Bartels in review notes:

C.10. Laboratory Services. Currently the State's Inmate Health Services Contractor is responsible for the costs of Mental Health Laboratory Studies as ordered by the Contractor.

**10. Scope of Goods or Services Caption:** Inmate Behavioral Health Services

**11. Justification**
TDOC is tasked with providing the best possible behavioral health care possible but also is responsible for providing the best value to Tennessee taxpayers. Increasing the points for cost to 35 as opposed to the traditional 30 will insure the most cost effective contractor solution possible.
Addition to A.1. provision – there have been issues with current contractor staff dealing disrespectfully with TDOC Behavioral Health staff. TDOC wishes it explicitly stated in the contract that TDOc's director of Behavioral Health Services is the State's final authority on services provided so that there is no dispute by Contractor staff, and that it is clear to Contractor staff that they are contractually required to work respectfully with TDOC staff.
Deletion of warranty and inspection and acceptance provisions – per review notes from CPO Legal's Kevin Bartels "These terms generally apply to goods or services in connection with goods. Professional services would not be warrantied or subject to inspection and acceptance."

**Signature of Agency head or designee and date**

Wesley V. [signature]     5/15/19

32901-3420[ ] RER for Inmate Behavioral Health RFP

Case 3:20-cv-00892   Document 74-6   Filed 04/26/21   Page 10 of 13 PageID #: 1922



# HR Pre-Approval Endorsement Request
## E-Mail Transmittal

**TO :** Department of Human Resources
E-mail : DOHR.Contracts@tn.gov

**FROM :** Priscilla Wainwright
E-mail : Priscilla.wainwright@tn.gov

**DATE :** May 13, 2019

**RE :** Request for Human Resources Pre-Approval Endorsement

| Applicable RFS # | 32901-31202 |
|---|---|

**Human Resources Endorsement Signature & Date:**

*Juan Williams, LTF*    5/14/19
Department of Human Resources

Department of Human Resources (HR) pre-approval endorsement is required pursuant to procurement regulations pertaining to contracts with an individual; contracts that involve training State employees (except training pursuant to an information technology system procurement); or services relating to the employment of current or prospective state employees (interviewing, screening, evaluating, *et cetera*). This request seeks to ensure that HR is aware of and has an opportunity to review the procurement detailed below and in the attached document(s). This requirement applies to any procurement method regardless of dollar amount.

Please indicate HR endorsement of the described procurement (with the appropriate signature above), and return this document via e-mail at your earliest convenience.

| Contracting Agency | Correction |
|---|---|
| Agency Contact (name, phone, e-mail) | Priscilla Wainwright<br>615.253.5571<br>priscilla.wainwright@tn.gov |

**Attachments Supporting Request** (as applicable – copies without signatures acceptable)

- ☒ Solicitation Document
- ☐ Special Contract Request
- ☐ Amendment Request
- ☐ Proposed contract or amendment

**Subject HR Service Description** (Brief summary of HR services involved. As applicable, identify the contract and solicitation sections related to the HR services.)

CPO Legal has asked whether DOHR approves of the provision in A.23. a where candidates for the position of Contractor Administrator be presented to the TDOC Director of Behavioral Health Services or designee for interview and approval prior to hire.

Section A.37., which details employee transition, is similar to previous contract language concerning State employees who either elect to remain State employees OR to become Contractor employees.

| Applicable RFS # | 32901-31202 |
|---|---|



# E-Health Pre-Approval Endorsement Request
## E-Mail Transmittal

**TO:** Office of e-Health Initiatives
Department of Finance & Administration
E-mail: office.eHealth@tn.gov

**FROM:** Priscilla Wainwright
E-mail: Priscilla.wainwright@tn.gov

**DATE:** May 13, 2019

**RE:** Request for eHealth Pre-Approval Endorsement

---

**Applicable RFS #** 32901-31202

**Office of e-Health Initiatives Endorsement Signature & Date:**

*Amy Scheron*     5/13/19

Office of e-Health Initiatives

---

Office of e-Health Initiatives (eHealth) pre-approval endorsement is required pursuant to procurement regulations pertaining to contracts with medical/mental health-related professional, pharmaceutical, laboratory, or imaging type services as a component of the scope of service. This request seeks to ensure that eHealth is aware of and has an opportunity to review the procurement detailed below and in the attached document(s). This requirement applies to any procurement method regardless of dollar amount.

Please indicate eHealth endorsement of the described procurement (with the appropriate signature above), and return this document via e-mail at your earliest convenience.

| Contracting Agency | Correction |
|---|---|
| Agency Contact (name, phone, e-mail) | Priscilla Wainwright<br>615.253.5571<br>priscilla.wainwright@tn.gov |

**Attachments Supporting Request** (as applicable – copies without signatures acceptable)
- [x] Solicitation Document
- [ ] Special Contract Request
- [ ] Amendment Request
- [ ] Proposed contract or amendment

**Subject Medical/Mental Health-Related Service Description** (Brief summary of eHealth services involved. As applicable, identify the contract and solicitation sections related to eHealth services.) ProForma Contract sections A.2. to A.37.