# **EXHIBIT G**

| From: | Wes Landers <landew00.wl@gmail.com> |
| Sent: | Wednesday, June 19, 2019 8:34 AM |
| To: | Jeff Wells |
| Subject: | Update |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

| Week of: 6/10/2019 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Solicitation Name: | Primary Agency Procurement Contact | New Solicitation Reference Number | Current Contract Expiration | Target Start Date | Date of Initial CPO Submission | Currently with: | Received On: | Days With: | Currently Working On: |
| Inmate Behavioral Health | Priscilla Wainwright | RFP # 32901-31202 | 9/30/2019 | 7/1/2020 | 30-Nov | - | 24-May | 18 | COT reviewing final draft of RFP |


Department of Correction

Wes Landers | Deputy Commissioner, Chief Financial Officer
6th Floor Rachel Jackson Building
320 6th Avenue North, Nashville, TN 37243
p. 615.253.8250
c. 615.337.1225
Wes.Landers@tn.gov
tn.gov/correction

www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1

Sent from my iPhone