# EXHIBIT J

| | |
|---|---|
| **From:** | Wes Landers <landew00.wl@gmail.com> |
| **Sent:** | Wednesday, January 15, 2020 10:10 AM |
| **To:** | Jeff Wells |
| **Cc:** | Samantha Phillips |
| **Subject:** | Fwd: December 2019 Monthly Report for Behavioral Health |
| **Attachments:** | image001.png; Untitled attachment 00156.html; TN Behavioral Health Ops Report December 2019.docx; Untitled attachment 00159.html |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

FYI...

Thanks...Wes

Begin forwarded message:

> **From:** Will Sullivan <Will.Sullivan@tn.gov>
> **Date:** January 15, 2020 at 10:08:18 AM CST
> **To:** Jim Casey <Jim.Casey@tn.gov>, Sherlean Lybolt <Sherlean.Lybolt@tn.gov>, Kenneth Wiley <Kenneth.Wiley@tn.gov>, "Tony C. Parker" <Tony.C.Parker@tn.gov>, Edward Welch <Edward.Welch@tn.gov>
> **Cc:** Wes Landers <Wes.Landers@tn.gov>
> **Subject: RE: December 2019 Monthly Report for Behavioral Health**
>
> To All:
>
> Attached is the executive report for December 2019. Of note, the ADP increased to 14,053 (up by 59 inmates) and the Mental Health Caseload increased by 4. (From 5,739 to 5,743). The Mental Health Caseload now represents 41% of TOMIS Mandays census for the month of December.
>
> Kind Regards,
> Will



# Behavioral Health Operations Report

# December 2019

# Tennessee Department of Correction

1