# **EXHIBIT K**

| | |
|---|---|
| **From:** | jwells@TeamCenturion.com |
| **Sent:** | Wednesday, October 16, 2019 7:02 AM |
| **To:** | landew00.wl@gmail.com |
| **Subject:** | FYI |
| **Attachments:** | 2019 Benefits-MHM Centurion Summary.pdf |

**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road
Vienna, VA 22182
Direct: 614-209-6209

jwells@teamcenturion.com | CenturionManagedCare.com

1

Case 3:20-cv-00892   Document 74-11   Filed 04/26/21   Page 2 of 3 PageID #: 1942

| | |
|---|---|
| **From:** | Wes Landers <landew00.wl@gmail.com> |
| **Sent:** | Wednesday, October 16, 2019 8:32 AM |
| **To:** | Wells, Jeff |
| **Subject:** | Re: FYI |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thanks man

Thanks...Wes

> On Oct 16, 2019, at 7:02 AM, Wells, Jeff <jwells@teamcenturion.com> wrote:

**Jeffrey S. Wells, MBA**
Regional Vice President

<image001.png>

1593 Spring Hill Road
Vienna, VA  22182
Direct: 614-209-6209

jwells@teamcenturion.com | CenturionManagedCare.com

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

<2019 Benefits-MHM Centurion Summary.pdf>