# EXHIBIT L

| | |
|---|---|
| **From:** | Wes Landers <landew00.wl@gmail.com> |
| **Sent:** | Thursday, February 6, 2020 4:41 PM |
| **To:** | Jeff Wells |
| **Subject:** | Fwd: Message from CFO Landers |
| **Attachments:** | image001.png; Untitled attachment 00164.html; WL_Memo to TDOC Team 02 06 2020.pdf; Untitled attachment 00167.html |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

And that's a wrap.

Thanks...Wes

Begin forwarded message:

> **From:** Carolyn Fiedler <Carolyn.Fiedler@tn.gov>
> **Date:** February 6, 2020 at 3:48:12 PM CST
> **To:** BI-TDOC-State-Wide <BI-TDOC-State-Wide@tn.gov>
> **Subject: Message from CFO Landers**
>
> Good afternoon,
>
> Please see the attached memo from Chief Financial Officer Wes Landers.
>
> Thank you,


**TN** Department of
**Correction**

February 6, 2020

Dear Team TDOC,

These last eight years have been the most rewarding of my professional career. I am now and will remain deeply proud of all the great work we've done together and forever consider myself part of the Tennessee Department of Correction's family.

Effective March 16th, 2020, I will be returning to my home state of Georgia to begin a new career path and to be closer to my family.

To Commissioner Tony Parker, I will always be grateful for your unwavering support and confidence in me and for the opportunity to help you accomplish your vision for TDOC.

To my friends and colleagues on the Management Team, I know that I leave the future of this Agency in very capable hands...your dedication and commitment is inspiring.

I would be remiss not to say a special "Thank You" to the Budget & Fiscal Team here in Central Office, to the Fiscal Directors and staff in both the Facilities and Community Supervision, to the Wardens, District Directors, and all the leadership and staff for all you do each day to support this great agency.

Although change is inevitable, you are never quite ready for how it feels and I will deeply miss all of you.

Sincerely,

*[signature]*

Wes Landers
CFO, Deputy Commissioner