# **EXHIBIT M**

Case 3:20-cv-00892   Document 74-13   Filed 04/26/21   Page 1 of 2 PageID #: 1947

**From:** <jwells@TeamCenturion.com>
**To:** <landew00.wl@gmail.com>
**Subject:** Wow
**Date:** 2020-03-02 12:35:18 -0600

---

First day on the job and screening your calls 😀

**Jeffrey S. Wells, MBA**
Regional Vice President



**1593 Spring Hill Road
Vienna, VA 22182
Direct: 614-209-6209**

**jwells@teamcenturion.com** | CenturionManagedCare.com