# EXHIBIT N

| From: | Priscilla Wainwright |
|---|---|
| Sent: | Friday, January 3, 2020 10:23 AM |
| To: | Wes Landers |
| Subject: | Release 2 of Behavioral Health RFP |
| Attachments: | Release 2- RFP #32901-31202 Inmate Behavioral Health with MBW revisions ....docx |

CPO's review comments of Release 2. My responses are noted in bold. I have addressed many of the comments, but am still working through . . .



## Correction

Priscilla E. Wainwright, MBA
Director of Contracts Administration
Tennessee Department of Correction
Rachel Jackson Building
320 6th Avenue North
Nashville TN 37243
615.253.5571
priscilla.wainwright@tn.gov

tn.gov/correction

www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1

| | |
|---|---|
| **From:** | Priscilla Wainwright |
| **Sent:** | Thursday, February 6, 2020 4:19 PM |
| **To:** | Maggie Wilson |
| **Cc:** | Nicholas Edwards;Kevin C. Bartels;Wes Landers;Chris Salita |
| **Subject:** | RE: RFP 32901-31202 Inmate Behavioral Health, Release 2 and State Formal Responses to Q&A |
| **Attachments:** | appendix.b.policy.all.2.6.20.Binder1.pdf; redacted.appendix A revised.pdf; appendix.e.Clincial Services LD Totals.xlsx; attach.nine.TDOC Stock list 7.31.19 revised.pdf; Release 2- RFP #32901-31202 Inmate Behavioral Health with MBW revisions ....docx; clean.RFP Amendment_ twelve_revised 1.24.20 with mbw NE comments.docx |

Good Afternoon, All.

Please note the attachments to this e-mail and TDOC's comments in red below.


 Correction

Priscilla E. Wainwright, MBA
Director of Contracts Administration
Tennessee Department of Correction
Rachel Jackson Building
320 6th Avenue North
Nashville TN 37243
615.253.5571
priscilla.wainwright@tn.gov

tn.gov/correction

www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1

| From: | Priscilla Wainwright |
|---|---|
| Sent: | Tuesday, February 11, 2020 11:31 AM |
| To: | Wes Landers;Leni Chick;Ariel Evans |
| Subject: | RE: Updates |

Please note responses below.

**From:** Wes Landers
**Sent:** Tuesday, February 11, 2020 11:27 AM
**To:** Priscilla Wainwright; Leni Chick; Ariel Evans
**Subject:** Updates

Can y'all give me quick updates on these for DC/AC?

   a. Behavioral Health – vendor questions and RFP Release 2 under CPO review
   b. SCCF – Cost Proposal being opened today
   c. CS Programming
   d. Inmate Telephones – Praeses to talk through latest Revenue Proposal revisions with CPO Thursday. Hoping for late Feb. or early March RFP issue.


Correction

Wes Landers | Deputy Commissioner, Chief Financial Officer
**6th Floor Rachel Jackson Building**
**320 6th Avenue North, Nashville, TN 37243**
**p. 615.253.8250**
**c. 615.337.1225**
Wes.Landers@tn.gov
tn.gov/correction

www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1

1

**From:** Wes Landers
**Sent:** Tuesday, February 11, 2020 12:04 PM
**To:** Priscilla Wainwright
**Subject:** RE: Updates

That'll work – Thank you!

 Correction

Wes Landers | Deputy Commissioner, Chief Financial Officer
**6th Floor Rachel Jackson Building**
**320 6th Avenue North, Nashville, TN 37243**
**p. 615.253.8250**
**c. 615.337.1225**
Wes.Landers@tn.gov
tn.gov/correction

www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1

**From:** Priscilla Wainwright
**Sent:** Tuesday, February 11, 2020 12:04 PM
**To:** Wes Landers
**Subject:** RE: Updates

Please see below.

**From:** Wes Landers
**Sent:** Tuesday, February 11, 2020 11:58 AM
**To:** Priscilla Wainwright
**Subject:** RE: Updates

Anything on the others?

Here's what I have:

Behavioral Health – **vendor questions and RFP Release 2 under CPO review; Vendor questions due back to the State Aug. 20, 2019**
CPO has reviewed TDOC's responses to vendor questions (and the RFP as revised in keeping with those responses) twice.
¯DOC returned the latest round of suggested revisions to CPO Feb. 6.
Revised Liquidated Damages Request (to reflect revisions suggested by CPO) submitted to CPO Feb. 10

SCCF – **Cost Proposal being opened today. (TDOC is RFP Coordinator.)**

CS Programming - **current RFP on target; CPO is the RFP coordinator, proposals due from respondents by 2:00pm CST on 2/13, evaluators will begin reviewing and scoring on Tuesday, 2/18**

Inmate Telephones – **Praeses to talk through latest Revenue Proposal revisions with CPO on Thursday. A number of drafts have gone back and forth between TDOC/Praeses and CPO. Hoping for late Feb. or early March RFP issue. (CPO is the RFP Coordinator.)**


 Correction

Wes Landers | Deputy Commissioner, Chief Financial Officer
**6th Floor Rachel Jackson Building
320 6th Avenue North, Nashville, TN 37243
p. 615.253.8250
c. 615.337.1225**
Wes.Landers@tn.gov
tn.gov/correction

www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1


**From:** Priscilla Wainwright
**Sent:** Tuesday, February 11, 2020 11:55 AM
**To:** Wes Landers
**Subject:** FW: Updates

Vendor questions due back to the State Aug. 20.
CPO has reviewed TDOC's responses to vendor questions (and the RFP as revised in keeping with those responses) twice.
TDOC returned the latest round of suggested revisions to CPO Feb. 6.
Revised Liquidated Damages Request (to reflect revisions suggested by CPO) submitted to CPO Feb. 10

**From:** Priscilla Wainwright
**Sent:** Tuesday, February 11, 2020 11:31 AM
**To:** Wes Landers; Leni Chick; Ariel Evans
**Subject:** RE: Updates

Please note responses below.

**From:** Wes Landers
**Sent:** Tuesday, February 11, 2020 11:27 AM
**To:** Priscilla Wainwright; Leni Chick; Ariel Evans
**Subject:** Updates

Can y'all give me quick updates on these for DC/AC?

   a. Behavioral Health – vendor questions and RFP Release 2 under CPO review
   b. SCCF – Cost Proposal being opened today
   c. CS Programming
   d. Inmate Telephones – Praeses to talk through latest Revenue Proposal revisions with CPO Thursday. Hoping for late Feb. or early March RFP issue.


Correction

Wes Landers | Deputy Commissioner, Chief Financial Officer
**6th Floor Rachel Jackson Building**
**320 6th Avenue North, Nashville, TN 37243**
**p. 615.253.8250**
**c. 615.337.1225**
Wes.Landers@tn.gov
tn.gov/correction

www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1