# EXHIBIT O

| From: | Wes Landers <landew00.wl@gmail.com> |
|---|---|
| Sent: | Wednesday, February 19, 2020 7:37 AM |
| To: | Wes Landers |
| Subject: | [EXTERNAL] Today |

\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\*

Thanks...Wes

Begin forwarded message:

> From: "Centurion (TA) via DocuSign" <dse_na2@docusign.net>
> Date: February 18, 2020 at 4:40:06 PM CST
> To: Wesley Landers <landew00.wl@gmail.com>
> Subject: **Welcome Aboard, Wesley Landers - March 12, 2020**
> Reply-To: "Centurion (TA)" <tarca@mhm-services.com>



Centurion (TA) sent you a document to review and sign.

**REVIEW DOCUMENTS**

**Centurion (TA)**
tarca@mhm-services.com

Congratulations on your offer of employment. We are excited to have you join our team. This email contains important instructions pertaining to your employment. As part

1

of the onboarding experience, you are responsible for reviewing, completing and signing specific documents as part of the hiring process. This portion of the process needs to be completed within seven (7) days from receipt of this email.

Step One: DocuSign
To complete this step, you will need to:
1. Click on the "Review Documents" button to get started
2. Complete, sign and submit each document as instructed

StepTwo: Onboarding
In addition, you will receive an email from YourCenturion@ultimatesoftware.com which has an important link to additional hiring paperwork that can only be submitted through our online HR system. This includes, but not limited to the direct deposit form, tax forms and other personal disclosures. We ask you to complete this prior to, or no later than your first day at work. Please do not delete this email.

Step Three: Benefits
Lastly, to review the comprehensive health benefit packages, if applicable, please click on the following link https://mhm-services.box.com/v/19CenturionBenefits
which will redirect you to the employee benefit package information. This can be downloaded and printed should you choose. You will not be able to enroll in benefits until after your first day of employment and then you will have 31 days from your date of hire to make your elections in the online system. If you have any questions regarding health benefits, contact the Benefits Department by phone at (800) 416-3649 or by email at benefits@teamcenturion.com.

We appreciate your immediate attention to ensure your onboarding experience goes smoothly. If you have any questions or issues completing this process, please contact the HR Administration team at HRInbox@teamcenturion.com.

It is our hope that you will find this new opportunity challenging and rewarding. On behalf of the over 6,500 employees across the country, welcome aboard.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
BCF2B398873848B2803FEF4F6D5AF31F2

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

[x] Download the DocuSign App

This message was sent to you by Centurion (TA) who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

| | |
|---|---|
| From: | Wes Landers <landew00.wl@gmail.com> |
| Sent: | Tuesday, February 25, 2020 1:57 PM |
| To: | Wes Landers |
| Subject: | [EXTERNAL] Coffee county |
| Attachments: | Notary Form for Employment Eligibility Verification.pdf |

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

Thanks...Wes

Begin forwarded message:

> From: "Wells, Jeff" <jwells@TeamCenturion.com>
> Date: February 25, 2020 at 12:23:01 PM CST
> To: "landew00.wl@gmail.com" <landew00.wl@gmail.com>
> Subject: FW: Wes Landers
>
> Here it is
>
> **Jeffrey S. Wells, MBA**
> Regional Vice President
>
> 
> centurion
>
> 1593 Spring Hill Road, Ste 600
> Vienna, VA 22182
> Direct: 614-209-6209
> jwells@teamcenturion.com | CenturionManagedCare.com
>
> From: Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
> Sent: Monday, February 24, 2020 1:35 PM
> To: Wells, Jeff <jwells@TeamCenturion.com>
> Subject: RE: Wes Landers
>
> Yes. If he is going to be in TN and not in GA on his first day, the Brenda will not be able to hire him into the system. We can do it from Corporate, but will need this document completed and returned to us prior. Do you want me to send it to him or would you like to do that?
>
> From: Wells, Jeff <jwells@TeamCenturion.com>
> Sent: Monday, February 24, 2020 1:33 PM

To: Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
Subject: RE: Wes Landers

I must have missed something.

Notary form?

Jeff

**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road, Ste 600
Vienna, VA 22182
Direct: 614-209-6209
jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 1:29 PM
**To:** Wells, Jeff <jwells@TeamCenturion.com>; Henderson, Brenda <bhenderson@TeamCenturion.com>
**Subject:** RE: Wes Landers

My apologies. Yes, 3/1/2020 is when he can be hired into the system as long as I have the notary form back from him prior. Can either of you assist?

**From:** Wells, Jeff <jwells@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 1:24 PM
**To:** Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>; Henderson, Brenda <bhenderson@TeamCenturion.com>
**Subject:** RE: Wes Landers

I entered 03/01/2020

Please advise

Jeff

**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road, Ste 600
Vienna, VA 22182

2

Direct: 614-209-6209
jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 1:18 PM
**To:** Wells, Jeff <jwells@TeamCenturion.com>; Henderson, Brenda <bhenderson@TeamCenturion.com>
**Subject:** RE: Wes Landers

Hi –

Based on the OLRF, Wes Landers start date is 3/12/2020. He won't be in the system until his first day. If he will be in TN and not in GA on his first day, then it would be best for me to send him the Notary Form for him to get back to us. She won't be able to see him since he will be part of the GA contract.

Does this help?


**Jennifer Tyrrell, M.S., SHRM-SCP**
Senior Director, Human Resources


centurion

1593 Spring Hill Road, Suite 600
Vienna, VA 22182
Direct: 703-245-9040
Fax: 571-577-6007
jtyrrell@teamcenturion.com | CenturionManagedCare.com


**From:** Wells, Jeff <jwells@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 12:52 PM
**To:** Henderson, Brenda <bhenderson@TeamCenturion.com>; Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
**Subject:** RE: Wes Landers

Jenn

Can you assist here.

I have asked Brenda to assist in onboarding of Wes Landers, VPO in Georgia.

Please review the below email.

Thank you


Jeff

**Jeffrey S. Wells, MBA**

3

Regional Vice President



1593 Spring Hill Road, Ste 600
Vienna, VA 22182
Direct: 614-209-6209
jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Henderson, Brenda <bhenderson@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 12:50 PM
**To:** Wells, Jeff <jwells@TeamCenturion.com>
**Subject:** RE: Wes Landers

Do you know if they have issued him an employee id? I cannot pull him in Ultipro and I don't know if it is because he is not TN or they have not on boarded him. If you find out please let me know and I will get all ordered for him asap. Thanks

**Brenda Henderson**
Executive Administrative Assistant



53 Century Blvd. Ste #150
Nashville, TN. 37214
Direct: 615-200-1070
Cell: 615-714-9923
Fax: 615-884-3011
BHenderson@teamcenturion.com | CenturionManagedCare.com

**From:** Wells, Jeff <jwells@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 11:42 AM
**To:** Henderson, Brenda <bhenderson@TeamCenturion.com>
**Subject:** FW: Wes Landers

Here you go

**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road, Ste 600
Vienna, VA 22182
Direct: 614-209-6209
jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Wells, Jeff <jwells@TeamCenturion.com>
**Sent:** Monday, February 17, 2020 5:05 PM
**To:** HR Inbox <hrinbox@TeamCenturion.com>
**Subject:** Fwd: Wes Landers

Please confirm your receipt.

Please direct all questions to me.

Thank you

Jeff


**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road
Vienna, VA  22182
**Direct: 614-209-6209**

jwells@teamcenturion.com | CenturionManagedCare.com


Begin forwarded message:

> **From:** "Davis, JoAnn" <jdavis@TeamCenturion.com>
> **To:** "Wells, Jeff" <jwells@TeamCenturion.com>
> **Cc:** "Wheeler, Steven" <swheeler@TeamCenturion.com>
> **Subject: FW: Wes Landers**
>
> Hi Jeff,
> On behalf of Steve, please find the approved OLRF for further processing thanks!
> j
>
> **From:** Wheeler, Steven <swheeler@TeamCenturion.com>
> **Sent:** Thursday, February 13, 2020 3:01 PM
> **To:** Davis, JoAnn <jdavis@TeamCenturion.com>
> **Subject:** Fwd: Wes Landers
>
>
> Steve
>
> Begin forwarded message:
>
>> **From:** "Wells, Jeff" <jwells@TeamCenturion.com>
>> **Date:** February 13, 2020 at 2:53:31 PM EST

To: "Wheeler, Steven" <swheeler@TeamCenturion.com>
Subject: Wes Landers

Steve

Please indicate your approval and I will send forward to HR.

Thank you

Jeff

**Jeffrey S. Wells, MBA**
Regional Vice President

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

| From: | Wes Landers <landew00.wl@gmail.com> |
| --- | --- |
| Sent: | Thursday, February 27, 2020 7:40 AM |
| To: | Wes Landers |
| Subject: | [EXTERNAL] Info |
| Attachments: | mime-attachment; 2013 Employee Handbook 5 9 13_3.pdf |

\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\*

Thanks...Wes

Begin forwarded message:

> From: YourCenturion <YourCenturion@UltimateSoftware.com>
> Date: February 26, 2020 at 4:33:55 PM CST
> To: landew00.wl@gmail.com
> Subject: **Welcome to Centurion!**

Dear Wesley Landers,

We look forward to you joining the Centurion team. We recognize our company's success is a direct reflection of our employees and appreciate the dedication of our healthcare professionals all over the country. For your contribution, thank you in advance.

In order to hire you into our HR system, you need to follow the steps outlined in this email to ensure your onboarding is correctly processed by Human Resources. This process needs to be completed as soon as possible. Any delays will result in a delay in your first pay.

Once you enter the site, you will be prompted to create a password. Please document your password as you will be required to electronically sign your new hire forms online using this password.

**CLICK HERE to complete your electronic Onboarding forms.**

If you have any questions or need assistance, you can contact the HR Systems and Administration team any of the following ways:

**Email**: HRInbox@TeamCenturion.com
**Phone**: 703-749-4600
**Fax**: 703-245-9026

Finally, we have attached a copy of our company Employee Handbook. It highlights the values, principles and policies we hold as the foundation of our company. You will be asked to confirm you have received and read the Handbook.

1

Welcome aboard. We are excited to have you on our team.

**Technical Requirements:**
To access the portal, you will need to use Internet Explorer, version 9.0, 10.0, or 11.0 in compatibility mode (the system, unfortunately, is not yet compatible with MAC computers). For compatibility mode in Internet Explorer 11 go to settings, Click on Compatibility View settings, and then add Ultipro.com to the compatibility view. You will also need Adobe Reader 4.0 or higher. Links to download Explorer and Adobe are available below. It is also helpful to disable pop-up blockers.

Click here to download Internet Explorer
Click here to download Adobe Reader
You can also use Mozilla Firefox 40 or Google Chrome 44.

| | |
|---|---|
| **From:** | Wes Landers <landew00.wl@gmail.com> |
| **Sent:** | Thursday, February 27, 2020 10:43 AM |
| **To:** | Wes Landers |
| **Attachments:** | 2020 New Hire Benefits Packet - Centurion.pdf |

https://public.boxcloud.com/d/1/b1!MvPHOmTX81JNaeCoeA8lcl2HeLuwinWTxjJkn-HKXx54-
bBhMORtzCm0aJISBCeORVKLOsUD-yIXAAcSqJZqNMfPl54x2WR-jslU9-ciDSF-
SPe5DE8RwCRZ5A5aX74AVNBHwsz6loEQOoDkE6XFlgDwHvXWaPGY6Jl7QzrKE4CEREWmNyyVyv-
Xxn_nl6GTdr7TPRaP_p9bzmLSdu3wdXGRTMz-
kNd9K4rQjDilDEoqfSgRkEQ75xjcFRFGAank6jV4oMfxGMDnK_59OfZNYEyUadV0gTFofZbM9SRJGpb3lk-
a2t6603dkHVd0TtXljjPNCDECNF_mJZnzadHptTcOIoMZ7KqJr6Y0hrHNM4Kv5HJzc8PAZLQayIWTUIDFFxH7ZUvdYQVjUxpM
F98IDd0A5cRJo7CndOwl-
bl1BTVXUrusr7Ll29eIBnv1hvBs_WSrO2SVXC_bV1qfyfzanvKptXS_CYG56_GMQBXoNGLJhS7k672uz9rcqnikvPl7oUsEgOEpJ
5ec7jje9PB1Yu8xWRrz3kBPmq9DzG8xQ5UtgVm0AaCWCXaqL6i7GNMoVURIHtnshOt-yQM8HRtR-
49QTrGfS6W_3GVy_x7oe4nxCCxaM1dpMfMIlpeQb8LfAt1ArcmjMCClgS7yLnmhgYEMIAgXVsPNHRWPy2hXJYS9dnp2K3TE
OFoUqGqSRnzTeXHzn5dRZTIRF7dzV05pUp9Ecs83tHodDheDFaqrIXX_IUJ2c9NJR_WMEaWhzusefTO3VHkNwhChetLjTkOhj
-dfRzlsfJUXPGPN0QfBge3vjnjI4ZJatuP-
KXMCSyIEgPxQWz8pGfU2F_EwuTaed14DGLgirqqd0D26tUU7AFImsN1Or32Z2XrDORzHIZiVqnCAeytIShJS7Ux3oi_88E6Q7
MzwiayY2Y6I75m6YNHJlkFJgOat4jijFgytpNgAn4Bo17MQjqVgOwBpOjb1dpDzbEnfJ_-
I6tUZGbW8Qc7P5VJ5uBfZNT5nFkinpbncnC25eZAfi_2eCfCK41Orx01ADIz7F4VMPUUZ5sO9iCgtY_iJFwcRSROHXXWG240p
Nrrkp5FLYR6-xBZIECrh-VQ5ca1VWaZFQf0kKhn-CSY09318FyCXTI0WZg8-
7LES3EifszOaEkQVaFukDq4fT4FsuhT9kiOVdXSzpZDNpzltHM_qDdGQR1G-rJnGr2DmgbUuJW-QVbtGlAo-
sWSoL_wKnIZZp4QKn5SQofKqkDon3vFYIaoPo73Zvm8yp7B5g8XHr0ls99TnDQa31s8Crz-ErTmIUqfVNeMtLB2YHtZdt9-
o5tA./download

Thanks...Wes