# **EXHIBIT R**

| | |
|---|---|
| **From:** | Alsup, Thomas |
| **To:** | Maggie Wilson |
| **Subject:** | Re: [EXTERNAL] RE: Inmate Mental Health RFP 32901-31202 |
| **Date:** | Tuesday, May 26, 2020 10:08:35 AM |

Thank you so much for your email. The original RFP issued for this Procurement had a $1M bond. Which is the standard in the Correctional Healthcare industry and is consistent with the current contract and the contract that was just extended for 6 months.

The larger aggregated bond, which was added later, is meant for construction "type" projects that is consist with State policy. To my knowledge there is no State policy for a bond on a Medical / Mental Health staffing contract. Two questions were asked about the bond in the Q and A and the state clarified the larger total contract value would be used for the bond, which we believe is in error.

If there is a state policy that has changed since the last Procurement for this Mental Health staffing contract please let us know.

Again, thank you so much for your email and we are available to discuss this issue at your convenience.

Best Regards,

Tommy Alsup

Sent from my iPhone

On May 26, 2020, at 9:23 AM, Maggie Wilson <Maggie.Wilson@tn.gov> wrote:

> This Message has originated outside of your organization.
>
> Good Morning,
>
> Thank you for reaching out to me and for bringing this to my attention. I have reviewed the Performance Bond language and the dollar amount included within RFP 32901-31202 Inmate Behavioral Health and I have confirmed that both appear to be in alignment with current State policy and procedure. Respondents had an opportunity to raise questions/concerns about the RFP and the requirements during the two rounds of formal Q&A incorporated into the procurement and none of the Respondents had questions about the dollar amount nor expressed concerns about meeting the requirement.
>
> The Performance Bond requirement is standard - to change this requirement, the State would have to seek out formal approval to assume the risk of reducing the dollar amount. The Department of Correction, Risk Management, and CPO Legal do not support reducing the dollar amount and they are not interested in making any revisions to the RFP at this time.
>
> Respectfuuly,

Maggie Wilson | Sourcing Account Specialist
Tennessee Tower, 3rd Floor
312 Rosa L. Parks Ave., Nashville, TN 37243
p. 615-741-1170
maggie.wilson@tn.gov
tn.gov/generalservices/procurement
Customer Service Survey | Recognize this Employee

-----Original Message-----
From: Alsup, Thomas <Thomas.Alsup@corizonhealth.com>
Sent: Wednesday, May 20, 2020 10:24 AM
To: Maggie Wilson <Maggie.Wilson@tn.gov>
Subject: [EXTERNAL] Inmate Mental Health RFP 32901-31202

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

----------------------------------------------------------------------
Good morning Ms Wilson -

Hope this email finds you well. I am representing Corizon Health on this RFP.

I wanted to reach out to make sure you were aware of the bond language in the Inmate Mental Healthcare RFP 32901-31202. The RFP is asking for 100% contract value of an contract which is highly unusual. Additionally, bond companies will not write a bond for the size value the State is requesting.

Also, the TN RFP does not allow exceptions. As mentions below, the Statement of Certifications and Assurances (page 17) that we are required to sign "without exception or qualification" per A.1 of Attachment 6.2 on page 18, says "will comply with all of the provisions and requirements of the RFP."

I believe this is just a simple mis - understanding of what the state actually intends. Currently, the State requires $1M bond which is standard in this industry not 100% of the contract value.

Would you have some time today or tomorrow to discuss this ?

Best Regards,
Tommy Alsup
615-290-3309

Sent from my iPhone

| From: | Alsup, Thomas |
| --- | --- |
| To: | Maggie Wilson |
| Subject: | Re: [EXTERNAL] RE: Inmate Mental Health RFP 32901-31202 |
| Date: | Monday, June 1, 2020 12:58:21 PM |

Good afternoon -

To follow up on the Bond Language in this RFP. For your reference I have copied the Bond language from the current Pennsylvania RFP for the same service.

> 3. **Bonding.** The selected Offeror shall obtain at the time of contract execution and maintain for the duration of this contract a performance bond and a payment bond in the amount of $5 million dollars each for Lot 1 – Health Care Services, Lot 2 – Psychiatry and Lot 4 - Pharmacy; $1 million dollars for Lot 3 – Psychiatry; and for Lot 5 – Comprehensive Services a payment bond of $10 million dollars and a performance bond and a performance bond of $5 million dollars. The bonds are conditioned upon the faithful performance of the contract in accordance with the specifications and conditions of the contract. Such bonds shall be for the protection of the Commonwealth of Pennsylvania. Acceptable security for the bonds shall be limited to a form satisfactory to the DOC and underwritten by a surety company licensed to issue bonds in Pennsylvania.

Just as a reference the ADP in PA is more than twice the amount in TN.

Hope this is helpful.

Thanks,

Tommy Alsup
Sent from my iPhone

On May 26, 2020, at 9:23 AM, Maggie Wilson <Maggie.Wilson@tn.gov> wrote:

> This Message has originated outside of your organization.
>
> Good Morning,
>
> Thank you for reaching out to me and for bringing this to my attention. I have reviewed the Performance Bond language and the dollar amount included within RFP 32901-31202 Inmate Behavioral Health and I have confirmed that both appear to be in alignment with current State policy and procedure. Respondents had an opportunity to raise questions/concerns about the RFP and the requirements during the two rounds of formal Q&A incorporated into the procurement and none of the Respondents had questions about the dollar amount nor expressed concerns about meeting the requirement.
>
> The Performance Bond requirement is standard - to change this requirement, the State would have to seek out formal approval to assume the risk of reducing the dollar amount. The Department of Correction, Risk Management, and CPO Legal do not support reducing the dollar amount and they are not interested in making any revisions to the RFP at this time.
>
> Respectfuuly,
>
>
> Maggie Wilson | Sourcing Account Specialist
> Tennessee Tower, 3rd Floor
> 312 Rosa L. Parks Ave., Nashville, TN 37243
> p. 615-741-1170
> maggie.wilson@tn.gov
> tn.gov/generalservices/procurement
> Customer Service Survey | Recognize this Employee
>
> -----Original Message-----
> From: Alsup, Thomas <Thomas.Alsup@corizonhealth.com>
> Sent: Wednesday, May 20, 2020 10:24 AM
> To: Maggie Wilson <Maggie.Wilson@tn.gov>
> Subject: [EXTERNAL] Inmate Mental Health RFP 32901-31202

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

------------------------------------------------------------------------
Good morning Ms Wilson -

Hope this email finds you well. I am representing Corizon Health on this RFP.

I wanted to reach out to make sure you were aware of the bond language in the Inmate Mental Healthcare RFP 32901-31202. The RFP is asking for 100% contract value of an contract which is highly unusual. Additionally, bond companies will not write a bond for the size value the State is requesting.

Also, the TN RFP does not allow exceptions. As mentions below, the Statement of Certifications and Assurances (page 17) that we are required to sign "without exception or qualification" per A.1 of Attachment 6.2 on page 18, says "will comply with all of the provisions and requirements of the RFP."

I believe this is just a simple mis - understanding of what the state actually intends. Currently, the State requires $1M bond which is standard in this industry not 100% of the contract value.

Would you have some time today or tomorrow to discuss this ?

Best Regards,
Tommy Alsup
615-290-3309

Sent from my iPhone