# **EXHIBIT S**

| From: | Maggie Wilson |
|---|---|
| To: | "Alsup, Thomas"; "Wittenberg, Carl"; "Will Sullivan"; Bell, Dana |
| Bcc: | Nicholas Edwards; Chris Salita; Kelly Young; Priscilla Wainwright |
| Subject: | Request to Withdraw Exceptions RFP #32901-31202 |
| Date: | Thursday, June 4, 2020 11:19:00 AM |
| Attachments: | image001.png |
| Importance: | High |

Good Morning,

Thank you for your continued interest in doing business with the State. In reviewing the Technical Proposal submitted for RFP #32901-31202, it appears that exceptions were taken to the mandatory requirement for the Performance Bond (RFP Attachment 6.2. Mandatory Requirements, Section A.8.). As referenced in Section 3.3.1. "A response must not include alternate contract terms and conditions. If a response contains such terms and conditions, the State, at its sole discretion, may determine the response to be a non-responsive counteroffer and reject it."

The State respectfully requests that the Respondent withdraw the proposed exceptions to the mandatory requirements as failure to do so will render the proposal non-responsive and the proposal will subsequently be rejected by the State.

Please provide a written response withdrawing the proposed exceptions and indicate your willingness to honor the Mandatory Requirements as outlined in the RFP no later than 12:00pm CST on 6/5. Your prompt response to the State's request is greatly appreciated.

Respectfully,



**Maggie Wilson** | Sourcing Account Specialist
Tennessee Tower, 3rd Floor
312 Rosa L. Parks Ave., Nashville, TN 37243
p. 615-741-1170
maggie.wilson@tn.gov
tn.gov/generalservices/procurement
Customer Service Survey | Recognize this Employee

| From: | Bell, Dana |
|---|---|
| To: | Maggie Wilson; Nicholas Edwards |
| Cc: | Alsup, Thomas; Wittenberg, Carl; Sullivan, Will |
| Subject: | [EXTERNAL] RE: Request to Withdraw Exceptions RFP #32901-31202 |
| Date: | Friday, June 5, 2020 8:10:43 AM |
| Attachments: | image001.png |
| | image002.png |

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Ms. Wilson,

Thank you for your email. We are in receipt of your request for us to remove the exception relative to the Performance Bond (RFP Attachment 6.2. Mandatory Requirements, Section A.8.). Because of the unprecedented bond amount, Corizon Health needs additional time to make a determination on this exception. In addition, the result of this will likely result in a substantial price increase of approximately 10%. We would like until noon on Friday, June 12, 2020 to formally respond to your request.

Thanks,
Dana

# Dana Bell

Director, Business Development
Phone: 318-426-8264

www.corizonhealth.com



Facebook | Twitter | YouTube | LinkedIn
**S**afety, **M**otivation, **A**ccountability, **R**espect, **T**eamwork

**From:** Maggie Wilson <Maggie.Wilson@tn.gov>
**Sent:** Thursday, June 4, 2020 11:20 AM
**To:** Alsup, Thomas <Thomas.Alsup@corizonhealth.com>; Wittenberg, Carl <Carl.Wittenberg@corizonhealth.com>; Sullivan, Will <Will.Sullivan@corizonhealth.com>; Bell, Dana <Dana.Bell@corizonhealth.com>
**Subject:** [EXTERNAL] Request to Withdraw Exceptions RFP #32901-31202
**Importance:** High

**This Message has originated outside of your organization.**

Good Morning,

Thank you for your continued interest in doing business with the State. In reviewing the Technical Proposal submitted for RFP #32901-31202, it appears that exceptions were taken to the mandatory requirement for the Performance Bond (RFP Attachment 6.2. Mandatory Requirements, Section A.8.). As referenced in Section 3.3.1. "A response must not include alternate contract terms and conditions. If a response contains such terms and conditions, the State, at its sole discretion, may determine the response to be a non-responsive counteroffer and reject it."

The State respectfully requests that the Respondent withdraw the proposed exceptions to the mandatory requirements as failure to do so will render the proposal non-responsive and the proposal will subsequently be rejected by the State.

Please provide a written response withdrawing the proposed exceptions and indicate your willingness to honor the Mandatory Requirements as outlined in the RFP no later than 12:00pm CST on 6/5. Your prompt response to the State's request is greatly appreciated.

Respectfully,



**Maggie Wilson** | Sourcing Account Specialist
Tennessee Tower, 3rd Floor
312 Rosa L. Parks Ave., Nashville, TN 37243
p. 615-741-1170
maggie.wilson@tn.gov
tn.gov/generalservices/procurement
Customer Service Survey | Recognize this Employee

| From: | Maggie Wilson |
|---|---|
| To: | "Bell, Dana"; Nicholas Edwards |
| Cc: | Alsup, Thomas; Wittenberg, Carl; Sullivan, Will |
| Bcc: | Kelly Young; Chris Salita; Priscilla Wainwright; Nicholas Edwards; Paul Krivacka |
| Subject: | RE: Request to Withdraw Exceptions RFP #32901-31202 |
| Date: | Friday, June 5, 2020 3:35:00 PM |
| Attachments: | image001.png |
| | image002.png |

Good Afternoon,

Thank you for your response. The State will not issue an extension at this time and will proceed with the current procurement.

Respectfully,



**Maggie Wilson** | Sourcing Account Specialist
Tennessee Tower, 3rd Floor
312 Rosa L. Parks Ave., Nashville, TN 37243
p. 615-741-1170
maggie.wilson@tn.gov
tn.gov/generalservices/procurement
Customer Service Survey | Recognize this Employee

**From:** Bell, Dana <Dana.Bell@corizonhealth.com>
**Sent:** Friday, June 5, 2020 8:10 AM
**To:** Maggie Wilson <Maggie.Wilson@tn.gov>; Nicholas Edwards <Nicholas.Edwards@tn.gov>
**Cc:** Alsup, Thomas <Thomas.Alsup@corizonhealth.com>; Wittenberg, Carl <Carl.Wittenberg@corizonhealth.com>; Sullivan, Will <Will.Sullivan@corizonhealth.com>
**Subject:** [EXTERNAL] RE: Request to Withdraw Exceptions RFP #32901-31202

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Ms. Wilson,

Thank you for your email. We are in receipt of your request for us to remove the exception relative to the Performance Bond (RFP Attachment 6.2. Mandatory Requirements, Section A.8.). Because of the unprecedented bond amount, Corizon Health needs additional time to make a determination on this exception. In addition, the result of this will likely result in a substantial price increase of approximately 10%. We would like until noon on Friday, June 12, 2020 to formally respond to your request.

Thanks,
Dana

**Dana Bell**

Director, Business Development
Phone: 318-426-8264

www.corizonhealth.com



Facebook | Twitter | YouTube | LinkedIn
**S**afety, **M**otivation, **A**ccountability, **R**espect, **T**eamwork

---

**From:** Maggie Wilson <Maggie.Wilson@tn.gov>
**Sent:** Thursday, June 4, 2020 11:20 AM
**To:** Alsup, Thomas <Thomas.Alsup@corizonhealth.com>; Wittenberg, Carl <Carl.Wittenberg@corizonhealth.com>; Sullivan, Will <Will.Sullivan@corizonhealth.com>; Bell, Dana <Dana.Bell@corizonhealth.com>
**Subject:** [EXTERNAL] Request to Withdraw Exceptions RFP #32901-31202
**Importance:** High

**This Message has originated outside of your organization.**

Good Morning,

Thank you for your continued interest in doing business with the State. In reviewing the Technical Proposal submitted for RFP #32901-31202, it appears that exceptions were taken to the mandatory requirement for the Performance Bond (RFP Attachment 6.2. Mandatory Requirements, Section A.8.). As referenced in Section 3.3.1. "A response must not include alternate contract terms and conditions. If a response contains such terms and conditions, the State, at its sole discretion, may determine the response to be a non-responsive counteroffer and reject it."

The State respectfully requests that the Respondent withdraw the proposed exceptions to the mandatory requirements as failure to do so will render the proposal non-responsive and the proposal will subsequently be rejected by the State.

Please provide a written response withdrawing the proposed exceptions and indicate your willingness to honor the Mandatory Requirements as outlined in the RFP no later than 12:00pm CST on 6/5. Your prompt response to the State's request is greatly appreciated.

Respectfully,



**Maggie Wilson** | Sourcing Account Specialist
Tennessee Tower, 3rd Floor
312 Rosa L. Parks Ave., Nashville, TN 37243
p. 615-741-1170
maggie.wilson@tn.gov
tn.gov/generalservices/procurement
Customer Service Survey | Recognize this Employee

**From:** Nicholas Edwards <Nicholas.Edwards@tn.gov>
**To:** Maggie Wilson <Maggie.Wilson@tn.gov>
**Subject:** FW: Contract
**Date:** Thu, 13 Aug 2020 14:30:10 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image004.jpg

---

Let's discuss after our meeting with Zach.



**Nicholas R. Edwards** | Sourcing Team Lead

Central Procurement Office

Tennessee Tower, 3rd Floor

312 Rosa L. Parks Ave., Nashville, TN 37243

p. 615-741-1075

c. 615-630-8343

Nicholas.Edwards@tn.gov

tn.gov/generalservices/

Recognize this Employee



---

**From:** Kelly Young <Kelly.Young@tn.gov>
**Sent:** Thursday, August 13, 2020 9:29 AM
**To:** Maggie Wilson <Maggie.Wilson@tn.gov>; Nicholas Edwards <Nicholas.Edwards@tn.gov>; Chris Salita <Chris.Salita@tn.gov>
**Subject:** FW: Contract

So it begins....was the schedule of events updated by chance?

On a side note I really don't have patience for them being whiny when they didn't bother protesting.



**Kelly David Young, J.D.** | Inspector General

7th Floor Rachel Jackson Building

320 6th Avenue North, Nashville, TN 37243

p. 615-253-8165   f.  615.741.9280

Kelly.Young@tn.gov

tn.gov/correction

www.facebook.com/TNDepartmentofCorrection

https://twitter.com/TNTDOC1

https://www.youtube.com/TNTDOC1

---

**From:** Will Sullivan <Will.Sullivan@tn.gov>
**Sent:** Thursday, August 13, 2020 9:27 AM
**To:** Kelly Young <Kelly.Young@tn.gov>
**Subject:** Re: Contract

I guess what is strange to the other vendors who bid on the RFP is:

1. The signed contract was due on 31July2020
2. The bond was due on 04Aug2020

Are there variances allowed in that process?

Thanks

Will

Will Sullivan, MBA

Senior Director, Behavioral Health Operations

Statewide CQI Coordinator Behavioral Health

Tennessee Regional Office

Corizon Health

Cell: 615.393.0421 or Office: 615.660.6720

4th Floor Rachel Jackson Building

320 6th Ave North

Nashville, TN 37243