# **EXHIBIT X**









10