# Exhibit 3

Case 3:20-cv-00892   Document 105-3   Filed 09/10/21   Page 1 of 6 PageID #: 3015

Exhibit 3

| | |
|---|---|
| **From:** | jwells@TeamCenturion.com |
| **Sent:** | Tuesday, February 25, 2020 12:23 PM |
| **To:** | landew00.wl@gmail.com |
| **Subject:** | FW: Wes Landers |
| **Attachments:** | Notary Form for Employment Eligibility Verification.pdf |

Here it is

**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road, Ste 600
Vienna, VA 22182
Direct: 614-209-6209
jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 1:35 PM
**To:** Wells, Jeff <jwells@TeamCenturion.com>
**Subject:** RE: Wes Landers

Yes. If he is going to be in TN and not in GA on his first day, the Brenda will not be able to hire him into the system. We can do it from Corporate, but will need this document completed and returned to us prior. Do you want me to send it to him or would you like to do that?

**From:** Wells, Jeff <jwells@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 1:33 PM
**To:** Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
**Subject:** RE: Wes Landers

I must have missed something.

Notary form?


Jeff

**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road, Ste 600
Vienna, VA 22182

1

Direct: 614-209-6209
jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 1:29 PM
**To:** Wells, Jeff <jwells@TeamCenturion.com>; Henderson, Brenda <bhenderson@TeamCenturion.com>
**Subject:** RE: Wes Landers

My apologies. Yes, 3/1/2020 is when he can be hired into the system as long as I have the notary form back from him prior. Can either of you assist?

**From:** Wells, Jeff <jwells@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 1:24 PM
**To:** Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>; Henderson, Brenda <bhenderson@TeamCenturion.com>
**Subject:** RE: Wes Landers

I entered 03/01/2020


Please advise


Jeff

**Jeffrey S. Wells, MBA**
Regional Vice President


centurion.

1593 Spring Hill Road, Ste 600
Vienna, VA 22182
Direct: 614-209-6209
jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 1:18 PM
**To:** Wells, Jeff <jwells@TeamCenturion.com>; Henderson, Brenda <bhenderson@TeamCenturion.com>
**Subject:** RE: Wes Landers

Hi –

Based on the OLRF, Wes Landers start date is 3/12/2020. He won't be in the system until his first day. If he will be in TN and not in GA on his first day, then it would be best for me to send him the Notary Form for him to get back to us. She won't be able to see him since he will be part of the GA contract.

Does this help?


**Jennifer Tyrrell, M.S., SHRM-SCP**
Senior Director, Human Resources



1593 Spring Hill Road, Suite 600
Vienna, VA 22182
Direct: 703-245-9040
Fax: 571-577-6007
jtyrrell@teamcenturion.com | CenturionManagedCare.com

**From:** Wells, Jeff <jwells@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 12:52 PM
**To:** Henderson, Brenda <bhenderson@TeamCenturion.com>; Tyrrell, Jennifer <jtyrrell@TeamCenturion.com>
**Subject:** RE: Wes Landers

Jenn

Can you assist here.

I have asked Brenda to assist in onboarding of Wes Landers, VPO in Georgia.

Please review the below email.

Thank you

Jeff

**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road, Ste 600
Vienna, VA 22182
Direct: 614-209-6209
jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Henderson, Brenda <bhenderson@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 12:50 PM
**To:** Wells, Jeff <jwells@TeamCenturion.com>
**Subject:** RE: Wes Landers

Do you know if they have issued him an employee id? I cannot pull him in Ultipro and I don't know if it is because he is not TN or they have not on boarded him. If you find out please let me know and I will get all ordered for him asap. Thanks

Brenda Henderson
Executive Administrative Assistant

3



53 Century Blvd. Ste #150
Nashville, TN. 37214
Direct: 615-200-1070
Cell: 615-714-9923
Fax: 615-884-3011
BHenderson@teamcenturion.com | CenturionManagedCare.com

**From:** Wells, Jeff <jwells@TeamCenturion.com>
**Sent:** Monday, February 24, 2020 11:42 AM
**To:** Henderson, Brenda <bhenderson@TeamCenturion.com>
**Subject:** FW: Wes Landers

Here you go

**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road, Ste 600
Vienna, VA 22182
Direct: 614-209-6209
jwells@teamcenturion.com | CenturionManagedCare.com

**From:** Wells, Jeff <jwells@TeamCenturion.com>
**Sent:** Monday, February 17, 2020 5:05 PM
**To:** HR Inbox <hrinbox@TeamCenturion.com>
**Subject:** Fwd: Wes Landers

Please confirm your receipt.

Please direct all questions to me.

Thank you

Jeff


**Jeffrey S. Wells, MBA**
Regional Vice President



1593 Spring Hill Road
Vienna, VA 22182
**Direct: 614-209-6209**

jwells@teamcenturion.com | CenturionManagedCare.com

Begin forwarded message:

> From: "Davis, JoAnn" <jdavis@TeamCenturion.com>
> To: "Wells, Jeff" <jwells@TeamCenturion.com>
> Cc: "Wheeler, Steven" <swheeler@TeamCenturion.com>
> **Subject: FW: Wes Landers**
>
> Hi Jeff,
> On behalf of Steve, please find the approved OLRF for further processing thanks!
> j
>
> **From:** Wheeler, Steven <swheeler@TeamCenturion.com>
> **Sent:** Thursday, February 13, 2020 3:01 PM
> **To:** Davis, JoAnn <jdavis@TeamCenturion.com>
> **Subject:** Fwd: Wes Landers
>
> Steve
>
> Begin forwarded message:
>
>> **From:** "Wells, Jeff" <jwells@TeamCenturion.com>
>> **Date:** February 13, 2020 at 2:53:31 PM EST
>> **To:** "Wheeler, Steven" <swheeler@TeamCenturion.com>
>> **Subject: Wes Landers**
>>
>> Steve
>>
>> Please indicate your approval and I will send forward to HR.
>>
>> Thank you
>>
>> Jeff
>>
>> Jeffrey S. Wells, MBA
>> Regional Vice President

5