# Exhibit 6

**Exhibit 33**

From: "Wheeler, Steven" <swheeler@teamcenturion.com>
Date: February 16, 2021 at 4:07:33 PM CST
Subject: [EXTERNAL] catching up

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

Commissioner Parker,

I wanted to reach out to make myself available if you had any questions regarding the recent management separations we made. They were a couple of the toughest decisions I have dome in my career. We value our partnership with you and the Department. If you would like to catch up to discuss any contract issues or these decisions, I would enjoy the opportunity.

Steven H. Wheeler

Chief Executive Officer



centurion.

1593 Spring Hill Road #600

Vienna, VA 22182

Phone: 703-749-4600

Fax: 703-749-1630

swheeler@teamcenturion.com | CenturionManagedCare.com

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

8

Case 3:20-cv-00892   Document 74-23   Filed 04/26/21   Page 2 of 2 PageID #: 2069
Case 3:20-cv-00892   Document 105-6   Filed 09/10/21   Page 2 of 2 PageID #: 3024

State 000132