MOTION GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **CORIZON, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:20-cv-00892 |
| | ) | **Judge Richardson** |
| v. | ) | **Magistrate Judge Frensley** |
| | ) | |
| **PRISCILLA WAINWRIGHT, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES

Pursuant to Local Rule 6.01(a), Paragraph M of the Case Management Order ("CMO"), [Doc. 60], and the Agreed Order amending the CMO [Doc. 111], Plaintiff Corizon, LLC ("Corizon"); Defendants Priscilla Wainwright, Tony C. Parker, Michael F. Perry, Maggie Wilson, and John Does 1-10 (the "State Defendants"); Defendant Centurion of Tennessee, LLC ("Centurion"); and Defendant Wesley Landers jointly move the Court to amend the CMO and the Agreed Order to extend certain discovery deadlines.

Per the Agreed Order, the parties were to complete all written discovery and depose all fact witnesses on or before November 30, 2021. [Doc. 111]. The parties timely served written discovery on or about October 15, 2021. The parties subsequently scheduled a mediation for December 14, 2021. Given the potential for an agreed resolution, however potentially remote it may be, in the interest of judicial economy, all parties have agreed to mutual extensions for all responses to outstanding discovery requests to December 31, 2021. Therefore, the parties respectfully request that the Court extend the deadline to complete all written discovery to **December 31, 2021**, for the limited purpose of allowing the parties additional time to respond to the written discovery served on or about October 15, 2021. This extension shall not affect the

expired October 15, 2021 deadline to serve written discovery or the expired November 16, 2021 deadline for depositions of fact witnesses.

Per the Agreed Order, the parties must initiate all discovery disputes by December 15, 2021. [Doc. 111]. In light of the extension requested above, good cause exists for a corresponding extension of the deadline to bring discovery disputes to the attention of the Court. Therefore, the parties respectfully request that the Court extend the deadline to bring any discovery dispute to the attention of the Magistrate Judge to **January 14, 2022**.

Per the CMO, Plaintiff's expert disclosures are due December 16, 2021 and Defendants' expert disclosures are due February 1, 2022. In light of the December 14, 2021 mediation and the same potential for settlement, good cause exists for a corresponding extension of the expert disclosure deadlines. Therefore, the parties respectfully request that the Court extend Plaintiff's expert disclosure deadline to **December 31, 2021** and Defendants' expert disclosure deadline to **February 16, 2022**. The deadline for expert depositions remains March 1, 2022.

The parties otherwise request that all remaining deadlines set out in the CMO and the Agreed Order remain undisturbed and state that the requested extensions conform to the requirements of Local Rule 16.01(h)(1):

| Type of Deadline | Original Deadline | New Deadline (*affected deadlines*) |
|---|---|---|
| Mediation Deadline | December 15, 2021 | December 15, 2021 |
| Written Discovery Responses | November 30, 2021 | ***December 31, 2021*** |
| Plaintiff Expert Disclosures | December 16, 2021 | ***December 31, 2021*** |
| Discovery Disputes | December 15, 2021 | ***January 14, 2022*** |
| Defendant Expert Disclosures | February 1, 2022 | ***February 16, 2022*** |
| Expert Depositions | March 1, 2022 | March 1, 2022 |

| | | |
|---|---|---|
| Dispositive Motions | April 1, 2022 | April 1, 2022 |
| Trial Date | August 23, 2022 | August 23, 2022 |

A proposed Agreed Order has been filed contemporaneously herewith.

Respectfully submitted,

*s/ W. Travis Parham, by R. Mark Donnell, Jr. with permission*
W. Travis Parham
Andrew A. Warth
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
travis.parham@wallerlaw.com
drew.warth@wallerlaw.com

*Attorneys for Corizon*

*s/ Andrea T. McKellar, by R. Mark Donnell, Jr. with permission*
Andrea T. McKellar
MCKELLAR LAW GROUP, PLLC
117 28th Avenue N.
Nashville, Tennessee 37203
andie@mckellarlawgroup.com

*Attorney for Wesley Landers*

*s/ Dianna Baker Shew, by R. Mark Donnell, Jr. with permission*
Dianna Baker Shew
Senior Assistant Attorney General
Shanell Lanette Tyler
Chris Dunbar
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
dianna.shew@ag.tn.gov
shanell.tyler@ag.tn.gov
chris.dunbar@ag.tn.gov

*Attorneys for State Defendants*

*s/ R. Mark Donnell, Jr.*
W. Scott Sims (#17563)
R. Mark Donnell, Jr. (#30136)
Michael R. O'Neill (#34982)
SIMS|FUNK, PLC
3322 West End Ave, Suite 200
Nashville, Tennessee 37203
(615) 292-9335
(615) 649-8565 (fax)
ssims@simsfunk.com
mdonnell@simsfunk.com
moneill@simsfunk.com

*Attorneys for Centurion*

**CERTIFICATE OF SERVICE**

  I certify that on November 29, 2021, the foregoing document was filed using the court's Electronic Case Filing system, which will serve notice of such filing on all counsel of record, as indicated below:

| | |
|---|---|
| W. Travis Parham<br>Andrew A. Warth<br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>travis.parham@wallerlaw.com<br>drew.warth@wallerlaw.com<br><br>*Attorneys for Corizon* | Dianna Baker Shew<br>Senior Assistant Attorney General<br>Shanell Lanette Tyler<br>Chris Dunbar<br>OFFICE OF THE ATTORNEY GENERAL AND REPORTER<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207<br>dianna.shew@ag.tn.gov<br>shanell.tyler@ag.tn.gov<br>chris.dunbar@ag.tn.gov<br><br>*Attorneys for Individual Defendants* |
| Andrea T. McKellar<br>MCKELLAR LAW GROUP, PLLC<br>117 28th Avenue N.<br>Nashville, Tennessee 37203<br>andie@mckellarlawgroup.com<br><br>*Attorney for Wes Landers* | *s/ R. Mark Donnell, Jr.* |