# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CORIZON, LLC, | ) |
| Plaintiff, | ) No. 3:20-cv-00892 |
| v. | ) Judge Richardson |
| | ) Magistrate Judge Frensley |
| PRISCILLA WAINWRIGHT, et al., | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and all Defendants (collectively, the "Parties"), by and through undersigned counsel, submit the following Joint Stipulation of Dismissal of Claims with Prejudice and state as follows:

1. The Parties have resolved all claims involved in this case.

2. The Parties hereby stipulate to the dismissal of all claims in this case with prejudice with each of the Parties bearing its own respective attorneys' fees, costs, and expenses.

3. An Agreed Order of Dismissal is submitted herewith.

**RESPECTFULLY SUBMITTED BY:**

*s/ W. Travis Parham*
W. Travis Parham (#16846)
Andrew A. Warth (#27606)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
travis.parham@wallerlaw.com
drew.warth@wallerlaw.com

*Attorneys for Corizon*

*s/ Dianna Baker Shew, by T. Parham, with permission*
Dianna Baker Shew (#12793)
Senior Assistant Attorney General
Shanell Lanette Tyler (#36232)
Chris Dunbar (#37829)
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
dianna.shew@ag.tn.gov
shanell.tyler@ag.tn.gov
chris.dunbar@ag.tn.gov

*Attorneys for State Defendants*

*s/ Andrea T. McKellar, by T. Parham, with permission*
Andrea T. McKellarn (#81961)
MCKELLAR LAW GROUP, PLLC
117 28th Avenue N.
Nashville, Tennessee 37203
andie@mckellarlawgroup.com

*Attorney for Wesley Landers*

*s/ R. Mark Donnell, Jr., by T. Parham, with permission*
W. Scott Sims (#17563)
R. Mark Donnell, Jr. (#30136)
Michael R. O'Neill (#34982)
SIMS|FUNK, PLC
3322 West End Ave, Suite 200
Nashville, Tennessee 37203
(615) 292-9335
(615) 649-8565 (fax)
ssims@simsfunk.com
mdonnell@simsfunk.com
moneill@simsfunk.com

*Attorneys for Centurion*

# CERTIFICATE OF SERVICE

I certify that on January 3, 2022, the foregoing proposed order was filed using the court's Electronic Case Filing system, which will serve notice of such filing on all counsel of record, as indicated below:

| | |
|---|---|
| W. Scott Sims<br>R. Mark Donnell, Jr.<br>Michael R. O'Neill<br>SIMS\|FUNK, PLC<br>3322 West End Ave, Suite 200<br>Nashville, Tennessee 37203<br>ssims@simsfunk.com<br>mdonnell@simsfunk.com<br>moneill@simsfunk.com<br><br>*Attorneys for Centurion*<br><br>Andrea T. McKellar<br>MCKELLAR LAW GROUP, PLLC<br>117 28th Avenue N.<br>Nashville, Tennessee 37203<br>andie@mckellarlawgroup.com<br><br>*Attorney for Wes Landers* | Dianna Baker Shew<br>Senior Assistant Attorney General<br>Shanell Lanette Tyler<br>Chris Dunbar<br>OFFICE OF THE ATTORNEY GENERAL AND REPORTER<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207<br>dianna.shew@ag.tn.gov<br>shanell.tyler@ag.tn.gov<br>chris.dunbar@ag.tn.gov<br><br>*Attorneys for Individual Defendants*<br><br><br><br>s/ W. Travis Parham |