# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CORIZON, LLC, | ) |
| | ) |
| Plaintiff, | ) No. 3:20-cv-00892 |
| | ) Judge Richardson |
| v. | ) Magistrate Judge Frensley |
| | ) |
| PRISCILLA WAINWRIGHT, et al., | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

As evidenced by the signatures of their counsel below and per the Joint Stipulation of Dismissal of Claims with Prejudice, the parties agree as follows:

1. This case should be dismissed with prejudice.

2. Each of the parties shall bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

_____
ELI RICHARDSON,
UNITED STATES DISTRICT JUDGE

**AGREED TO FOR ENTRY BY:**

*s/ W. Travis Parham*
W. Travis Parham (#16846)
Andrew A. Warth (#27606)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
travis.parham@wallerlaw.com
drew.warth@wallerlaw.com

*Attorneys for Corizon*

*s/ Dianna Baker Shew, by T. Parham, with permission*
Dianna Baker Shew (#12793)
Senior Assistant Attorney General
Shanell Lanette Tyler (#36232)
Chris Dunbar (#37829)
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
dianna.shew@ag.tn.gov
shanell.tyler@ag.tn.gov
chris.dunbar@ag.tn.gov

*Attorneys for State Defendants*

*s/ Andrea T. McKellar, by T. Parham, with permission*
Andrea T. McKellarn (#81961)
MCKELLAR LAW GROUP, PLLC
117 28th Avenue N.
Nashville, Tennessee 37203
andie@mckellarlawgroup.com

*Attorney for Wesley Landers*

*s/ R. Mark Donnell, Jr., by T. Parham, with permission*
W. Scott Sims (#17563)
R. Mark Donnell, Jr. (#30136)
Michael R. O'Neill (#34982)
SIMS|FUNK, PLC
3322 West End Ave, Suite 200
Nashville, Tennessee 37203
(615) 292-9335
(615) 649-8565 (fax)
ssims@simsfunk.com
mdonnell@simsfunk.com
moneill@simsfunk.com

*Attorneys for Centurion*