# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Corizon, LLC

                Plaintiff,

v.                                            Case No.: 3:20–cv–00892

John Does 1–10, et al.

                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/5/2022 re [117].

                                                          Lynda M. Hill
                                         s/ Hannah Blaney, Deputy Clerk